IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ED HOLT and                                                    PLAINTIFFS
HOLT PROPERTY, LLC

VS.                                    CIVIL ACTION NO. 3:15cv552 DPJ-FKB

SWAIN AUTOMOTIVE, INC.                                         DEFENDANT

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the joint *ore tenus* motion of the parties for

dismissal and, the Court having considered same, finds that the parties have reached an

amicable settlement of this matter and this action should be dismissed.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter is hereby

dismissed with prejudice, with each party bearing their respective costs.

SO ORDERED AND ADJUDGED this the 5 day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

s/ Robert V. Greenlee
Robert V. Greenlee, MS Bar No. 100638
Whitfield Law Group, PLLC
660 Lakeland East, Suite 200
Flowood, Mississippi 39232
Telephone:      (601) 863-8221
Facsimile:      (601) 863-8231
**Counsel for Plaintiffs**

s/ Richard B. Tubertini
RICHARD B. TUBERTINI, MS Bar No. 8290
Hailey, McNamara, Hall, Larmann & Papale, LLP
302 Courthouse Road, Suite A
Gulfport, Mississippi 39507
Telephone:      228/896-1144
Facsimile:      228/896-1177
**Counsel for Defendant**